JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ultravision Technologies, LLC

**DEFENDANTS**
Shanghai Sansi Electronic Engineering Co., Ltd. and Sansi North America, LLC

**(b)** County of Residence of First Listed Plaintiff: **Dallas County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Shanghai County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
BROWN RUDNICK LLP, 7 Times Square,
New York, New York 10036

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
☒ 830 Patent

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. §§ 1, et seq.

Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
DOCKET NUMBER: 2:18-cv-00093; 2:18-cv-00094; 2:18-cv-00095; 2:18-cv-00096; 2:18-cv-00097; *see below

DATE: March 27, 2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ Alfred R. Fabricant

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

2:18-cv-00098; 2:18-cv-00099; 2:18-cv-00100; 2:18-cv-00101; 2:18-cv-00102; 2:18-cv-00103; 2:18-cv-00104; 2:18-cv-00105; 2:18-cv-00106; 2:18-cv-00107; 2:18-cv-00108; 2:18-cv-00109; 2:18-cv-00110